No. 983. GROSS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Donald N. Murtha* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 909. GIRTEN INVESTMENT CO. ET AL. *v.* KANSAS EX REL. ANDERSON, ATTORNEY GENERAL, ET AL. The motion of George Docking, Governor of Kansas, for leave to file brief, as *amicus curiae,* is granted. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Hugh B. Cox, J. E. Schroeder, T. M. Lillard* and *O. B. Eidson* for petitioners. *John Anderson, Jr.,* Attorney General of Kansas, *Charles S. Rhyne* and *Herzel H. E. Plaine* for respondents. *John B. Cullen* for George Docking, Governor of Kansas.

No. 466, Misc. LEATHER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 646, Misc. FORSYTHE *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Wilmer D. Rekeweg* and *J. Gareth Hitchcock* for petitioner. *Anthony J. Bowers* for respondent.

No. 708, Misc. ALLEN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David I. Shapiro* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.